LAW OFFICE OF
# FRANK J. MARTONE, P.C.
A PROFESSIONAL CORPORATION
1455 BROAD STREET
BLOOMFIELD, NJ 07003

973.473.3000

FRANK J. MARTONE ♦
JANET SILVER ROSEN *
NICHOLAS J. PURCELL
CRYSTAL G. CALABRESE *
♦ALSO ADMITTED IN ILLINOIS
*ALSO ADMITTED IN NEW YORK

GENERAL FACSIMILE
973.473.3243
REAL ESTATE FACSIMILE
973.473.7402
E-MAIL:
MCONTRERAS@MARTONELAW.COM

April 20, 2010

HON. STANLEY R. CHESLER
U.S. DISTRICT COURT
50 WALNUT STREET ROOM 4015 NEWARK NJ 07102

Re:  **UNITEDE STATES OF AMERICA V. JOSE A. OLCAY**
**Civil Action No.: 09-06409**
**Our File No.: 1711.0185**

Dear Judge Chesler:

With regard to the above matter, enclosed please find our Notice of Voluntary Dismissal. Kindly file same at your convenience.

Thank you for your attention.

Very truly yours,
FRANK J. MARTONE, P.C.

/s/ *Frank J. Martone*

Frank J. Martone, Esq.

FJM/mc

Enclosure

FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003
973-473-3000
973-473-3243 – FAX

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITEDE STATES OF AMERICA, | HON. STANLEY R. CHESLER |
| Plaintiff | Civil Action No.: 09-06409 |
| V. | **NOTICE OF VOLUNTARY DISMISSAL** |
| JOSE A. OLCAY, | |
| Defendant | |

The UNITEDE STATES OF AMERICA, plaintiff herein, through its undersigned counsel and pursuant to Rule 41 (A)(1)(1) of the Federal Rules of Civil Procedure, hereby dismisses the action on its own behalf as to the defendant, JOSE A. OLCAY, without prejudice.

Date: 4/20/10

/s/ Frank J. Martone
Private Counsel to the United States of America

SO ORDERED:

Date:

UNITED STATES DISTRICT COURT JUDGE